Everetts, Appellant, *v.* Pennsylvania
Railroad Company.

Argued March 22, 1938.   Before KEPHART, C. J.,
SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

*Charles E. Harrington,* with him *William A. Ashe,*
for appellant.

*Harry C. Golden,* for appellee.

PER CURIAM, April 18, 1938:
We adopt the following from the opinion of the court
below: "The undisputed evidence proves that this cross-
ing was actually occupied by the train of the defendant
company when the lights of the automobile first brought
it into view.   Although this crossing must be considered
dangerous in some respects, yet this evidence brings the
case clearly within the ruling of *Wink et al. v. Western
Maryland R. R. Co.,* 116 Pa. Superior Ct. 374. There, un-
der facts similiar to those now under consideration, the
Court held that there was no evidence to sustain a find-
ing that the defendant was guilty of negligence," and
affirm the judgment.